# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00661-CV

**Noel Ischy, Appellant**

**v.**

**M.P. McCammon, McCammon Oil & Gas, Inc., Nosivad Oil, Inc., Van Davison, Dawn Davison, Tejon Exploration, Doralex Energy, Inc., Mansefeldt Investment Corp., Fred Harendt, Debbie Harendt, Leffel's Inc., William R. Guffey, Jimmy Davison, Annette Davison, Topaz Exploration Company, Phillip W. Davison, Becky Davison, Tonopah Energy, L.C., O.H.B., Inc., Eileen Prat, Dustin Pratt, J.W. King and George Alexander, Appellees**

### FROM THE DISTRICT COURT OF CONCHO COUNTY, 119TH JUDICIAL DISTRICT NO. 3750, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Noel Ischy has filed an agreed motion to dismiss his appeal, explaining that the parties have settled the underlying dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Agreed Motion

Filed:   June 27, 2013